# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DONNA MUDGETT,**

                **Plaintiff,**

      **v.**                                      **Case No.  11-C-0039**

**NAVY FEDERAL CREDIT UNION,**

                **Defendant.**

---

## ORDER

On June 6, 2011, defendant Navy Federal Credit Union filed a motion for summary judgment.  At the initial scheduling conference in this case, plaintiff indicated that she wanted to take limited discovery relating to matters raised in defendant's motion.  I entered an order setting a deadline for conducting this initial discovery and also setting a deadline of October 26, 2011 for plaintiff to respond to defendant's motion for summary judgment.  However, that date has passed and plaintiff has not filed a response to the motion.  Therefore, I deem the motion unopposed and will grant it.  <u>See</u> Civil L.R. 7(d) (E.D. Wis. 2010).

**THEREFORE, IT IS ORDERED** that defendant's motion for summary judgment is **GRANTED**.  The Clerk of Court shall enter judgment dismissing this case on the merits.

Dated at Milwaukee, Wisconsin, this 7th day of November 2011.

                                     s/_____
                                     LYNN ADELMAN
                                     District Judge